```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
FRANCIS DIDONATO,                                             :
                                                              :
                             Plaintiff,                       :     20 Civ. 2154 (LGS)
                                                              :
                 -against-                                    :     ORDER
                                                              :
GS SERVICES LIMITED PARTNERSHIP, et al.,                      :
                                                              :
                             Defendants.                      :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 10, 2020, Plaintiff filed the Complaint (Dkt. 1). On March 31, 2020, Plaintiff filed a First Amended Complaint (Dkt. 11);

WHEREAS, no proof of service of the Complaint or the First Amended Complaint on Defendants has been filed. On April 21, 2020, Defendant GS Services Limited filed a letter representing that it was served with the First Amended Complaint on April 2, 2020. (Dkt. 14) On May 7, 2020, Defendant GS Services Limited filed a letter in which it represented that Defendant Financial Asset Management Systems, Inc. has agreed to waive service of summons. (Dkt. 17);

WHEREAS, the deadline for Defendants to answer, move or otherwise respond to the Amended Complaint is June 22, 2020. (Dkt. 18);

WHEREAS, the initial case management conference is currently scheduled for May 28, 2020, at 10:40 a.m. Pursuant to this Court's Order, the parties were required to jointly file a letter and proposed case management plan and scheduling order by May 21, 2020 (Dkt. 10);

WHEREAS, Plaintiff and Defendant GS Services Limited filed a joint letter and proposed case management plan and scheduling order, but the joint letter asserts that "Defendant Financial

Asset Management Systems, Inc. has not yet retained local counsel to participate in this joint letter." (Dkt. 19)  It is hereby

**ORDERED** that the initial pretrial conference, scheduled for May 28, 2020, is ADJOURNED to **June 11, 2020, at 10:40 a.m.**  It is further

**ORDERED** that, by **May 28, 2020**, Plaintiff shall file proof of service of the Amended Complaint on Defendants, or proof that service was waived.  It is further

**ORDERED** that, by **June 4, 2020**, Defendant Financial Asset Management Systems, Inc. shall retain counsel, and that counsel shall file a notice of appearance.  It is further

**ORDERED** that, by **June 8, 2020**, the parties shall file an amended joint letter and proposed case management plan and scheduling order.  It is further

**ORDERED** that Plaintiff shall serve this order on Defendant Financial Asset Management Systems, Inc., and file proof of such service, by **May 28, 2020**.

Dated: May 22, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**