UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANCIS DIDONATO,                                           :
                                        Plaintiff,          :
                                                            :       20 Civ. 2154 (LGS)
               -against-                                    :
                                                            :       ORDER
GS SERVICES LIMITED PARTNERSHIP, et al.,                    :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for June 11, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

**ORDERED** that the June 11, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that the parties shall engage in mediation prior to the filing of any motion. A referral to the Court-annexed mediation program will issue separately. If any party seeks to file a motion following mediation, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 9, 2020
       New York, New York

                                                   _____
                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE