UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  FRANCIS DIDONATO,                                          :
                                    Plaintiff,               :
                                                             :         20 Civ. 2154 (LGS)
                        -against-                            :
                                                             :              ORDER
  GS SERVICES LIMITED PARTNERSHIP, et                        :
  al.,                                                       :
                                    Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Case Management Plan at Dkt. No. 28 required the parties to file a joint

status letter on August 10, 2020;

        WHERAS, no joint status letter was filed; it is hereby

        **ORDERED** that, by **August 14, 2020,** the parties shall file the joint status letter.

Dated: August 11, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**