UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANCIS DIDONATO,
                               Plaintiff,

                  -against-

GS SERVICES LIMITED PARTNERSHIP, et al.,
                              Defendants.
-------------------------------------------------------------X

20 Civ. 2154 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant GS Services Limited Partnership ("GS Services") seeks to move to dismiss and to stay this action.  *See* Dkt. Nos 40, 41.  Defendant Financial Asset Management Systems, Inc. ("FAMS") also contends that the matter should be stayed, and has stated that it may seek to move for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure.  *See* Dkt. No. 40.  It is hereby

      **ORDERED** that the proposed motion to dismiss and to stay shall be briefed according to the following schedule:

- By **August 28, 2020**, GS Services shall file its consolidated motion, not to exceed ten pages.

- By **September 11, 2020**, Plaintiff shall file its memorandum of law in opposition, not to exceed ten pages.

- By **September 18, 2020**, GS Services shall file any reply in support of its motion, not to exceed five pages.

The parties shall otherwise comply with this Court's Individual Rules with respect to exhibit limits, etc.  It is further

**ORDERED** that FAMS shall consolidate any motion for judgment on the pleadings with GS Services's motion to dismiss and to stay.

Dated: August 14, 2020
      New York, New York

                                               **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**