UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :
FRANCIS DIDONATO,                        :
                                Plaintiff,     :
                                                 :           20 Civ. 2154 (LGS)
                      -against-                   :
                                                 :                <u>ORDER</u>
GC SERVICES LIMITED PARTNERSHIP, et al.,   :
                                        Defendants.    :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on November 5, 2020, the Court issued an Order directing Plaintiff to file, by November 12, 2020, a letter proposing a briefing schedule for its motion for class certification (the "Motion"). Dkt. No. 70.

        WHEREAS, on November 12, 2020, Plaintiff filed a letter providing a "mutually agreeable proposed briefing schedule" for the Motion. Dkt. No. 71. It is hereby

        ORDERED, that the Motion shall be briefed according to the following schedule:

- By **December 21, 2020**, Plaintiff shall file the Motion and an accompanying memorandum of law, not to exceed 25 pages.
- By **January 28, 2021**, Defendants shall file any opposition, not to exceed 25 pages.
- By **February 9, 2021**, Plaintiff shall file any reply, not to exceed 10 pages.

The parties shall comply with this Court's Individual Rules in filing the Motion and supporting papers.

Dated: November 13, 2020
        New York, New York

                                          **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**