The application is **GRANTED**.  The pre-motion conference scheduled for January 21, 2021, is **ADJOURNED to January 28, 2021, at 10:40 a.m.**  The conference will be telephonic and will occur on the following conference line:  888-363-4749, access code:  5583333.  The time of the conference is approximate but the parties shall be prepared to begin at the scheduled time.

Dated:  January 19, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Matthew J. Bizzaro
Partner
mbizzaro@lbcclaw.com

Direct Dial:  (516) 837-7441

December 30, 2020

**Via ECF**

The Honorable Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *DiDonato v. GC Services Limited Partnership et al.*
      Civil Case No.:  1:20-cv-02154 (LGS)

Dear Judge Schofield:

  I represent defendant, Financial Asset Management Systems, Inc. ("FAMS"), in the above-referenced matter.  I write this letter to respectfully request an adjournment of the pre-motion conference from January 21, 2021 until January 28, 2021.

  This is FAMS' first request for an adjournment of the pre-motion conference.

  I have communicated with the attorneys for both the plaintiff and the co-defendant, and they have consented to this request.

  Thank you for your kind consideration of this letter.  If Your Honor has any questions, please feel free to contact me.

            Respectfully submitted,

            MATTHEW J. BIZZARO

MJB:dm
cc: George Carpinello (via ECF)
   Austin Smith (via ECF)
   Richard Perr (via ECF)
   Hilary Palazzolo (via ECF)
   Nicole Feder (via ECF)