UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
FRANCIS DIDONATO, :
                               Plaintiff, :        20 Civ. 2154 (LGS)
:
          -against- :        <u>ORDER</u>
:
GC SERVICES LIMITED PARTNERSHIP, et al., :
                            Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 25, 2021, Defendants filed under seal, a responsive letter to Plaintiff's letter at Docket No. 105. Dkt. No. 117.

      WHEREAS, on January 25, 2021, Defendants filed a motion to seal the January 25, 2021, letter at Docket No. 117. Dkt. Nos. 114, 115. It is hereby

      **ORDERED** that, Defendants' motion to seal is **GRANTED** *nunc pro tunc*. The letter at Docket No. 117 will remain sealed. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document under seal is necessary to prevent the unauthorized dissemination of confidential business information of Navient. It is further

      **ORDERED** that, by **January 29, 2021**, Defendants shall serve a copy of this Order on Navient.

      The Clerk of Court is respectfully directed to close the motion at Docket No. 115.

Dated: January 26, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE