UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
FRANCIS DIDONATO,
                              Plaintiff, :    20 Civ. 2154 (LGS)

           -against- :    ORDER

GC SERVICES LIMITED PARTNERSHIP, et al.,
                            Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for January 28, 2021, at 10:40 a.m. Dkt. No. 110. It is hereby

**ORDERED** that the pre-motion conference scheduled for January 28, 2021, at 10:40 a.m. is **ADJOUNRED** to **January 28, 2021, at <u>11:10 a.m</u>**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: January 27, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE