UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
FRANCIS DIDONATO,                                              :
                                      Plaintiff,               :          20 Civ. 2154 (LGS)
                                                               :
                  -against-                                    :          ORDER
                                                               :
GC SERVICES LIMITED PARTNERSHIP, et al.,                       :
                                      Defendants.              :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a motion for class certification and did not rely on any expert opinion. Dkt. No. 87. The motion is due to be fully briefed on February 16, 2021. Dkt. No. 120.

WHEREAS, pursuant to the Second Amended Civil Case Management Plan and Scheduling Order, the deadline for the completion of all expert discovery was December 24, 2020. Dkt. No. 79.

WHEREAS, the Parties did not engage in expert discovery.

WHEREAS, Plaintiff seeks leave to reopen expert discovery should the need arise (Dkt. No. 101), which Defendants oppose (Dkt. No. 100). It is hereby

**ORDERED** that, if any Party during the course of summary judgment briefing determines that it will need expert testimony and thus needs to reopen expert discovery, that Party shall seek leave from the Court via letter motion **at least two weeks before** their memorandum of law related to the summary judgment motion is due. The application shall include a proposed schedule and state whether the adverse Party or Parties consent to the application. It is further

**ORDERED** that, if any Party determines that it needs expert testimony at trial and thus needs to reopen expert discovery, that Party shall seek leave from the Court via letter motion as soon as possible and include the information described in the preceding paragraph (*i.e.*, schedule and consent).

Dated: January 28, 2021
      New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**