> The application is **GRANTED in part**. The parties shall jointly file any motion to seal portions of their briefing in support of or opposition to the cross-motions for summary judgment on **June 24, 2021**. Such motion shall address Plaintiff's proposed redactions in connection with the motion and supporting documents at Docket Nos. 198, 201, 203-205. To the extent the parties seek to redact portions of their briefing based on confidentiality designations of Third-Party Navient Solutions, LLC ("Navient"), by **June 24, 2021**, they shall serve their related motion to seal, as well as copies of the briefing showing the proposed redactions based on the documents Navient has designed as "Confidential," but redacting any proposed redactions based on documents the parties have designated as "Confidential." By **July 1, 2021**, Navient shall file any letter in support of the motion.
>
> Dated: April 7, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

April 6, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *DiDonato, Francis v. GC Services Limited Partnership, et al.*
      Civil Case No. 1:20-02154 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

    We represent Defendant GC Services Limited Partnership ("GCS") in the above-referenced matter. We write on behalf of GCS and Financial Asset Management Systems, Inc. ("Defendants") with regard to Your Honor's Order (Doc. 202) for Defendants, and third-party Navient Solutions, LLC to file letters in support of Plaintiff's Motion to Seal portions of its Motion for Partial Summary Judgment (Dkt. No. 198) by April 12, 2021.

    Defendants respectfully request the Court adjourn the deadline for filing such a letter until such time as Defendants file their Opposition to Plaintiff's Motion for Partial Summary Judgment and their Motion for Summary Judgment. This brief is currently due by April 29, 2021. Defendants intend to file a Motion to File Under Seal in conjunction with that briefing. Defendants assert that addressing all the confidentiality designation issues at that time would promote efficiency and judicial economy. Plaintiff does not object to this request.

    Your Honor's attention and courtesies in this matter are greatly appreciated.

                      Respectfully submitted,

                        /s/Hilary Palazzolo
                        HILARY PALAZZOLO
                        Attorney for
                        GC Services Limited Partnership

cc: All Counsel of Record (via ECF)

___

Hilary L. Palazzolo | Partner | Licensed in Michigan and Minnesota
7201 N. Classen Blvd., Suite 204, Oklahoma City, Oklahoma 73116
Direct: 405-445-7420 | Facsimile: 405-445-7421 | hilary@rudnickifirm.com