*VIA ECF*

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The application is **GRANTED**. The parties shall jointly file a single motion to seal any portions of their submissions in support of or opposition to the cross-motions for summary judgment on **July 1, 2021**. To the extent the parties seek to redact portions of their submissions based on confidentiality designations of non-party Navient Solutions, LLC ("Navient"), by **July 1, 2021**, they shall serve such single motion to seal, as well as copies of the submissions showing the proposed redactions based on the documents Navient has designated as "Confidential," but redacting any proposed redactions based on documents the parties have designated as "Confidential." By **July 8, 2021**, Navient shall file any letter in support of the motion.
>
> The parties' joint single motion to seal will supersede the currently pending motions to seal at Docket Nos. 198, 204, 205, 210, 222 and 226. Those motions are denied as moot. The Clerk of Court is respectfully directed to close the motions at Docket Nos. 198, 204, 205, 210, 222, 226 and 234, and to maintain the sealing that is in place.
>
> So Ordered.
> Dated: June 15, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

RE:   *DiDonato, Francis v. GC Services Limited Partnership,*
      Civil Case No. 1:20-02154 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

We represent Defendant GC Services Limited Partnership ("GCS") in the above-referenced matter. We write on behalf of all parties with regard to Your Honor's Order (Doc. 206) for the parties to jointly file any motion to seal portions of their briefing in support of or opposition to the cross-motions for summary judgment, by June 24, 2021.

The parties respectfully request the Court adjourn the deadlines in the Order by one week, such that the joint motion will be due July 1, 2021, the deadline to serve Navient Solutions, LLC will be July 1, 2021, and Navient Solutions, LLC's deadline to file a letter in support of the motion will be July 8, 2021. Defendants will be filing their Reply to Plaintiff's Opposition to Defendants' Counter-Motion for Summary Judgment ("Reply") by June 24, 2021. Defendants anticipate additional confidentiality designations in conjunction with their Reply. The parties wish to extend the deadline order to permit time to address these additional confidentiality designation issues in their joint motion.

Your Honor's attention and courtesies in this matter are greatly appreciated.

Respectfully submitted,

/s/Hilary Palazzolo
HILARY PALAZZOLO
Attorney for
GC Services Limited Partnership

cc: All Counsel of Record (via ECF)

---

Hilary L. Palazzolo | Partner | Licensed in Michigan and Minnesota
7201 N. Classen Blvd., Suite 204, Oklahoma City, Oklahoma 73116
Direct: 405-445-7420 | Facsimile: 405-445-7421 | hilary@rudnickifirm.com