```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
FRANCIS DIDONATO,                                             :
                              Plaintiff,                      :   20 Civ. 2154 (LGS)
                                                              :
            -against-                                         :   ORDER
                                                              :
GC SERVICES LIMITED PARTNERSHIP, et al.,                      :
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, oral argument on the parties' cross-motions for summary judgment is scheduled for September 20, 2021. Dkt. No. 247. It is hereby

**ORDERED** that, oral argument is **ADJOURNED to October 7, 2021, at 2:15 p.m.** Oral argument will take place in Courtroom 1106 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

Dated: August 13, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE