

**Application GRANTED.** The oral argument scheduled for October 7, 2021, is **ADJOURNED** to **November 4, 2021, at 11:30 a.m.**

Dated: September 15, 2021
New York, New York

September 14, 2021

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>
The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *DiDonato v. GC Services Limited Partnership et al.*
            Case No. 1:20-02154-LGS (S.D.N.Y.)

Dear Judge Schofield:

    The parties jointly request that the Court adjourn the hearing on the cross motions for summary judgment in the above-entitled matter from October 7, 2021 to a date convenient to the Court during the week of November 1 or November 8, 2021.

    When the parties were notified of the original adjournment of the hearing to October 7, 2021, Plaintiff's counsel asked Defendants' counsel if they would consent to an adjournment to November because I had a trial scheduled during the October 7 argument date. Defendants' counsel agreed to do so and have now advised us that, in anticipation of our request for an adjournment, Defendant GC Services now has a conflict with the October 7 date. As it happens, my trial was since adjourned to December, but Plaintiff's counsel has no objection to moving the argument to the first two weeks in November to accommodate Defendants' change in plans arising from my original request. Ms. Jenna Smith, who will be arguing on Plaintiff's behalf, will also be available the first two weeks in November.

    The parties, therefore, respectfully request that the Court adjourn the hearing to a date convenient to the Court during the week of November 1 and November 8, 2021.

                        Respectfully submitted,

                        *s/ George F. Carpinello*
                        George F. Carpinello

GFC/slb

cc via ECF: Counsel of Record

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor, Albany, NY 12207 | (t) 518 434 0600 | (f) 518 434 0665 | www.bsfllp.com